JOHN KEYS, Appellant, v. ISRAEL BROCKMAN, Respondent.

No. 1106; September 22, 1856.

Execution—Liability of Sheriff.—In an Action to Recover Damages from a sheriff for levying upon the plaintiff's alleged property in execution of a judgment against a third person, the jury may find upon the validity of a sale of the property to the plaintiff by the judgment debtor on the day of the levy.

APPEAL from Seventh Judicial District, Sonoma County.

W. Skidmore for appellant; Cook & Maupin and L. Sanders, Jr., for respondent.

TERRY, J.—The defendant, who was sheriff of the county, having in his hands an attachment against the property of one Davis, levied on certain property which is claimed by plaintiff, who seeks in this action to obtain damages for the alleged illegal seizure of the same.

The issue which was submitted to the jury was as to the validity of a sale of the property made by Davis to plaintiff on the day of the levy. Upon this point the jury found for the defendant, and the evidence fully justifies the finding.

The record discloses no error of law which would warrant us in reversing the judgment. It is therefore affirmed with costs.

I concur: Murray, C. J.